| | |
|---|---|
| 1  TRACY L. WILKISON<br>   Acting United States Attorney<br>2  DAVID M. HARRIS<br>   Assistant United States Attorney<br>3  Chief, Civil Division<br>   JOANNE S. OSINOFF<br>4  Assistant United States Attorney<br>   Chief, General Civil Section<br>5  ELAN S. LEVEY (State Bar No. 174843)<br>   Assistant United States Attorney<br>6      Federal Building, Suite 7516<br>       300 North Los Angeles Street<br>7      Los Angeles, California 90012<br>       Telephone: (213) 894-3997<br>8      Facsimile: (213) 894-7819<br>       E-mail: elan.levey@usdoj.gov | **FILED & ENTERED**<br><br>MAR 19 2021<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** rust      **DEPUTY CLERK** |

Attorneys for Federal Defendant,
United States Department of Education

### UNITED STATES BANKRUPTCY COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>CHRISTOPHER RICHARD KLOSKINSKI,<br><br>and<br><br>JUDY LYNN KLOSINSKI,<br><br>    Debtors. | Case No. 9:19-bk-10365-MB<br><br>Chapter 7 |
| CHRISTOPHER RICHARD KLOSKINSKI,<br><br>    Plaintiff,<br>vs.<br><br>U. S. DEPARTMENT OF EDUCATION,<br><br>    Defendant. | Adv. No. 9:19-ap-01049-MB<br><br>**ORDER APPROVING STIPULATION TO SETTLE AND DISMISS ADVERSARY PROCEEDING WITH PREJUDICE**<br><br>**Status Conference**<br>Date:  April 7, 2021<br>Time:  2:30 p.m.<br>Place: **ZOOM HEARING**[1] |

---

[1]   Video/audio web address: https://cacb.zoomgov.com/j/1606361076
      ZoomGov meeting number: 160 636 1076
      Password: 875321
      Telephone conference lines: 1 (669) 254 5252 or 1 (646) 828 7666

– 1 –

Based upon the *Stipulation To Settle And Dismiss Adversary Proceeding With Prejudice* ("Stipulation") (Docket No. 12),[2] entered into by and between Christopher Richard Klosinksi ("Plaintiff") and the United States Department of Education ("Education"), through their respective counsel of record (collectively, the "Parties"):

**IT IS HEREBY ORDERED** that:

1. The Stipulation is hereby approved in its entirety.

2. Plaintiff shall pay the total sum of $50,000 ("Settlement Amount") to Defendant by: (a) making a lump sum payment of $35,000.00 to Defendant, due and payable by not later than ten (10) days of entry of a final and non-appealable order approving this Stipulation; and (b) monthly installment payments of $312.50 ("Monthly Settlement Payment") for a term of four (4) years, or until June 1, 2025 ("Payment Deadline"), commencing with the first Monthly Settlement Payment due on June 1, 2021, in full satisfaction of the Student Loans.

3. Plaintiff shall make the Monthly Settlement Payments pursuant to Education's online payment system through the servicer of Plaintiff's Student Loans, or, alternatively, payable in good funds to the U.S. Department of Education, which payment shall include Plaintiff's account number E 869646625, and sent to the following address by U.S. mail:

> U.S. Department of Education
> P.O. Box 2837
> Portland, OR 97208-2837

4. Upon Plaintiff's completion of the Settlement Amount by the Payment Deadline, Plaintiff shall be discharged of the remaining balance of the Student Loan Debt, pursuant to his Chapter 7 discharge order, entered on July 1, 2019, pursuant to 11 U.S.C. § 727.

5. If the Settlement Amount and/or Monthly Payments are made after the Payment Deadline, Plaintiff shall be in default and this Stipulation shall become null and void. If Plaintiff fails to cure the default within ten (10) days of the date of the letter notifying Plaintiff of such default, then the entire remaining Student Loan debt shall become immediately due and owing to Defendant,

---

[2] All defined terms in the Stipulation shall have the same meaning herein.

including all accrued interest and collection activity fees, if applicable, and Defendant shall be entitled to collect such debt in any manner allowed by law.

      6.      Pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a), the Adversary Proceeding shall be dismissed with prejudice.

      7.      The terms of this Stipulation shall survive and be effective in any future bankruptcy filing under any chapter of the United States Bankruptcy Code by Plaintiff.

###

Date: March 19, 2021

*Martin R. Barash*
Martin R Barash
United States Bankruptcy Judge

– 3 –